UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

UNITED STATES OF AMERICA

    - v. -

JAMES JOHNSON,

        Defendant.

------------------------------------------------ x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

22 Cr. 691 (VB)

3/29/23

WHEREAS, on or about December 15, 2022, JAMES JOHNSON (the "Defendant"), was charged in a three-count Information, 22 Cr. 691 (VB) (the "Information"), with Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 (Counts One and Three); and attempted Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Three of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Three of the Information;

WHEREAS, on or about December 15, 2022, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Three of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 23, United States Code, Section 2461(c) a sum of money equal to $500 in United States currency, representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Three of the Information, that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $500 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One and Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Stephanie Simon of counsel, and the Defendant, and his counsel, Deveraux Cannick, Esq., that:

1. As a result of the offenses charged in Counts One and Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $500 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JAMES

JOHNSON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          3/28/23
STEPHANIE SIMON                                DATE
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10601
(212) 637-2581


JAMES JOHNSON

By: _____          3/29/2023
JAMES JOHNSON                                  DATE


By: _____          3/28/2023
DEVERAUX CANNICK, ESQ.                        DATE
Attorney for Defendant
69-06 Grand Avenue
Maspeth, NY 11378


SO ORDERED:

_____               3/29/23
HONORABLE VINCENT BRICETTI                    DATE
UNITED STATES DISTRICT JUDGE