UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES JOHNSON,

                Defendant.

3/29/23

**ORDER OF RESTITUTION**

22 Cr. 691 (VB)

     Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Stephanie Simon, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts 1 and 3 of the above Information; and all other proceedings in this case; and upon the consent of JAMES JOHNSON, the Defendant, by and through his counsel, Deveraux Cannick, Esq., it is hereby ORDERED that:

     JAMES JOHNSON, the Defendant, shall pay restitution in the total amount of $1,200 to the victim of the offense charged in Count 1 of the Information, and $850 to the victim of the offense charged in Count 3 of the Information. The name, address, and amount owed to the victims are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
       March 29, 2023

                                  _____
                                  HON. VINCENT BRICCETTI
                                  UNITED STATES DISTRICT JUDGE